UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Rosa E. Morataya

        Plaintiff,

v.                                  C.A. No. 07-198S

Michael J. Astrue, Commissioner
of Social Security

        Defendant.

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on December 27, 2007, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion for an Order Affirming the Decision of the Commissioner is GRANTED and Plaintiff's Motion to Reverse without a Remand for a Rehearing or, Alternatively, with a Remand for a Rehearing is DENIED.

By Order,

/s/ *Baldwill*
Deputy Clerk

ENTER:

/s/ *William E. Smith*
William E. Smith
United States District Judge

Date: 1/16/08