UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Rosa E. Morataya

Plaintiff,

v. C.A. No. 07-198S

Michael J. Astrue, Commissioner
of Social Security

Defendant.

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on December 27, 2007, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion for an Order Affirming the Decision of the Commissioner is GRANTED and Plaintiff's Motion to Reverse without a Remand for a Rehearing or, Alternatively, with a Remand for a Rehearing is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 1/16/08