**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Rosa E. Morataya**
**Plaintiff**

**V.** **Case Number: C.A. 07-198S**

**Michael J. Astrue, Commissioner of Social Security**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment is hereby entered in favor of the Defendant, Michael J. Astrue, Commissioner of Social Security against the Plaintiff, Rosa E. Morataya pursuant to the Court's Order dated January 16, 2008, adopting the Magistrate Judge's Report and Recommendation dated December 27, 2007, granting Defendant's Motion for an Order Affirming the Decision of the Commissioner and Denying Plaintiff's Motion to Reverse without a Remand for a Rehearing or, Alternatively, with a Remand for a Rehearing.**

**BY ORDER:**

Lorena Baldwell

**January 17, 2008** 
**Date**

**Deputy Clerk**